# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### *Capital Habeas Unit*

FEDERAL COURT DIVISION - DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS
601 WALNUT STREET
PHILADELPHIA, PA 19106

| *LEIGH M. SKIPPER*<br>CHIEF FEDERAL DEFENDER | PHONE NUMBER (215) 928-0520<br>FAX NUMBER    (215) 928-0826<br>FAX NUMBER    (215) 928-3508 | *HELEN A. MARINO*<br>FIRST ASSISTANT FEDERAL<br>DEFENDER |
|---|---|---|

October 20, 2021

*via FedEx No. 8167 1123 1403*

U.S. District Court
Clerk's Office, Room 105
46 East Ohio Street
Indianapolis, IN 46204

**Re:** Billie Jerome Allen v. T.J. Watson, Warden

Dear Madam/Sir,

Enclosed please find the Civil Cover Sheet, Motion to Appear Pro Hac Vice, Petition For Writ of Habeas Corpus Pursuant to 28 U.S.C § 2241, and Motion For Leave to Proceed In Forma Pauperis and For Appointments of Undersigned Counsel.

Please stamp the copy and return to me in the self-addressed FedEx envelope. Thank you for your consideration in this matter.

Sincerely,

*/s/ Angelica Melendez*
Angelica Melendez
Legal Secretary to Alex Kursman

Enclosure
cc w/ encl.:    Brian Reitz, US Attorney's Office
                Carrie Constantin, First Assistant, US Attorney's Office