**FedEx** Express

## Package US Airbill

FedEx Tracking Number **8167 1123 1403**

**1 From**

Date 10/20/21

Sender's Name Alex Kusisman

Phone

Company FEDERAL COMMUNITY DEFENDER-CHU

Address 601 WALNUT STREET STE 545 W

Dept/Floor/Suite/Room

City PHILADELPHIA    State PA    ZIP 19106-3333

**FILED**

**OCT 21 2021**

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

**2 Your Internal Billing Reference** Re: Billie Allen

**3 To**

Recipient's Name U.S. District Court

Phone

Company Clerks Office, Room

Address 46 East Ohio Street

Dept/Floor/Suite/Room

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address

Use this line for the HOLD location address or for continuation of your shipping address.

City Indianapolis    State IN    ZIP 46004

8167 1123 1403

---

fedex.com 1.800.GoFedEx  1.800.463.3339

Form ID No. **0215**

**Recipient's Copy**

**Packages up to 150 lbs.**
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**4 Express Package Service** * To most locations.

**Next Business Day**

- [ ] **FedEx First Overnight**
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

- [ ] **FedEx Priority Overnight**
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

- [ ] **FedEx Standard Overnight**
Next business afternoon.*
Saturday Delivery NOT available.

**2 or 3 Business Days**

- [ ] **FedEx 2Day A.M.**
Second business morning.*
Saturday Delivery NOT available.

- [ ] **FedEx 2Day**
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

- [ ] **FedEx Express Saver**
Third business day.*
Saturday Delivery NOT available.

**5 Packaging** * Declared value limit $500.

- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

- [ ] **Saturday Delivery**
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

- [ ] **No Signature Required**
Package may be left without obtaining a signature for delivery.

- [ ] **Direct Signature**
Someone at recipient's address may sign for delivery.

- [ ] **Indirect Signature**
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**

One box must be checked.

- [ ] No
- [ ] Yes As per attached Shipper's Declaration.
- [ ] Yes Shipper's Declaration not required.
- [ ] Dry Ice Dry Ice, 9, UN 1845 ___ x ___ kg
- [ ] Cargo Aircraft Only

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

**7 Payment** Bill to:

Enter FedEx Acct. No. below

- [ ] Sender Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party
- [ ] FedEx Acct. No.

Total Packages    Total Weight ___ lbs.

Obtain recip. FedEx Acct. No.

0137324750

611

†Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

Rev. Date 3/19 • Part #163134 • ©1994–2019 FedEx • PRINTED IN U.S.A.

## Peel-and-Stick FedEx Express Package US Airbill

1. Complete front page of the airbill.
2. Retain "Sender's Copy" for your records.
3. Remove label backing.
4. Adhere airbill to front of package.
   Please DO NOT remove "FedEx Copy."



PEEL FROM THIS CORNER.