**FILED**

**10/21/2021**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| T. J. Watson, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
AND FOR APPOINTMENT OF UNDERSIGNED COUNSEL**

Petitioner Billie Jerome Allen, through counsel, respectfully moves the Court for leave to proceed *in forma pauperis* and for appointment of undersigned counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania, and in support states:

1.     Petitioner is an indigent federal death row inmate incarcerated at the United States Penitentiary in Terre Haute.

2.     In a separate document filed in this Court on this same date, Petitioner is submitting, through undersigned counsel, a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

3.     Petitioner has been incarcerated since 1997.  He has no assets or sources of income.  Petitioner has been found indigent and has been permitted to proceed *in forma pauperis* by every court to consider his case including the United States District Court for the Eastern District of Missouri, the United States Court of Appeals for the Eighth Circuit, the United States Supreme Court, and this Court (*see e.g.* Case No. 2:13-cv-271, Doc. 10, Case No. 2:16-cv-257, Doc. 9).

4.     Counsel from the Capital Habeas Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania currently represent Mr. Allen in this Court. *Allen v. Warden* (S.D. Ind. Case No. 2:20-CV-406).   Counsel from the Capital Habeas Unit have also represented Mr. Allen the in the Eastern District of Missouri and the Eighth Circuit since 2008. Counsel's office represents other federal death row inmates in the federal courts including in *United States v. Corley* (N.D. Ind. Case No. 3:02-CR-116), *In re Jackson* (4th Cir. Case No. 16-10), to name a few.  Undersigned counsel are experienced in federal habeas corpus proceedings, are quite familiar with Petitioner's case, and maintain regular contact and consultation with Petitioner.

5.     Undersigned counsel is submitting a motion for admission *pro hac vice* to this Court together with this motion.

6.     Petitioner cannot afford private counsel and respectfully requests the appointment of undersigned counsel to represent him in this habeas corpus proceeding.   Appointment of counsel from the Capital Habeas Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania is in the interests of judicial economy and will ensure that Petitioner's rights are protected in this capital case.

WHEREFORE, Petitioner, through counsel, respectfully requests that this Honorable Court grant his Motion for Leave to Proceed In Forma Pauperis and for Appointment of Undersigned Counsel. A proposed Order is attached.

Respectfully submitted,

Alex Kursman
Alex Kursman
Assistant Federal Defender
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Alex_Kursman@fd.org

Dated: October 20, 2021

## Certificate of Service

I, Alex Kursman, hereby certify that on this 20th day of October, 2021, I submitted the foregoing Motion for Leave to Proceed In Forma Pauperis and for Appointment of Undersigned Counsel with service via first class mail and email to:

Carrie Constantin
First Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, Missouri 63102

Brian Reitz
United States Attorney's Office
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/ Alex Kursman
Alex Kursman
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826