**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

Billie Jerome Allen,                     )
                                         )
        Petitioner,                  )
                                         )
v.                                       )     Case No. _____
                                         )
T.J Watson,                              )
      Warden,                         )
                                         )
        Respondent.                  )

**ORDER**

This cause has come before the Court upon Petitioner's Motion for Leave to Proceed In Forma Pauperis and for Appointment of Undersigned Counsel, and the Court being fully advised, it is now ORDERED that:

The motion be, and hereby is, GRANTED;

Petitioner is granted leave to proceed *in forma pauperis* in this matter; and

Counsel from the Capital Habeas Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania are appointed to represent Petitioner in this case.

_____

Dated: _____