

PEEL FROM THIS CORNER.

# Peel-and-Stick FedEx Express Package US Airbill

1. Complete front page of the airbill.
2. Retain "Sender's Copy" for your records.
3. Remove label backing.
4. Adhere airbill to front of package.
   Please DO NOT remove "FedEx Copy."