**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. _____ |
| | ) | |
| T.J. Watson, | ) | |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Alexander Kursman, counsel for Petitioner Billie Jerome Allen, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Alexander Kursman
Assistant Federal Defender
Federal Community Defender Office
for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Alex_kursman@fd.org

Dated: _____

_____
United States District Court
Southern District of Indiana

Distribution list:
To all registered counsel by CM/ECF
To PHV applicant via U.S. Mail:
    Alex Kursman
    Federal Community Defender Office
    601 Walnut Street, Suite 545 West
    Philadelphia, PA 19106