FILED



**FedEx Express**

Package US Airbill

FedEx Tracking Number  **8167 1123 1403**

Form ID No. **0215**

**Recipient's Copy**

MUR1

**1 From**

Date 10/20/21

Sender's Name  Alex Kursman

Phone

Company  FEDERAL COMMUNITY DEFENDER--CHU

Address  601 WALNUT STREET STE 545 W

Dept/Floor/Suite/Room

City  PHILADELPHIA    State  PA    ZIP  19106-3333

**2 Your Internal Billing Reference**  Re: Billie Allen

**3 To**

Recipient's Name  U.S. District Court    Phone

OCT 21 2021

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

Company  Clerks Office, Room

Address  46 East Ohio Street

We cannot deliver to P.O. boxes or P.O. ZIP codes.    Dept/Floor/Suite/Room

Address

Use this line for the HOLD location address or for continuation of your shipping address.

City  Indianapolis    State  IN    ZIP  46204

0137324750

**4 Express Package Service**    * To most locations.

Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**Next Business Day**

☒ FedEx First Overnight
Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Priority Overnight
Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Standard Overnight
Next business afternoon.*
Saturday Delivery NOT available.

**2 or 3 Business Days**

☐ FedEx 2Day A.M.
Second business morning.*
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.

☐ FedEx Express Saver
Third business day.*
Saturday Delivery NOT available.

**5 Packaging**    * Declared value limit $500.

☒ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options**    Fees may apply. See the FedEx Service Guide.

☐ Saturday Delivery
NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.

☐ No Signature Required
Package may be left without obtaining a signature for delivery.

☐ Direct Signature
Someone at recipient's address may sign for delivery.

☐ Indirect Signature
If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods?
**One box must be checked.**

☒ No    ☐ Yes As per attached Shipper's Declaration.    ☐ Yes Shipper's Declaration not required.    ☐ Dry Ice Dry Ice, 9, UN 1845  ___ x ___ kg

☐ Cargo Aircraft Only

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

Hold Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**7 Payment**    Bill to:

☐ Sender
Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party

Enter FedEx Acct. No. below

Obtain recip. FedEx Acct. No.

Total Packages    Total Weight    ___ lbs.

611

†Our liability is limited to US$100 unless you declare a higher value. See the current FedEx Service Guide for details.

Rev. Date 3/19 • Part #163134 • ©1994–2019 FedEx • PRINTED IN U.S.A.

8167 1123 1403

fedex.com  1.800.GoFedEx  1.800.463.3339

00379
00500



PEEL FROM THIS CORNER.

## Peel-and-Stick FedEx Express Package US Airbill

1. Complete front page of the airbill.
2. Retain "Sender's Copy" for your records.
3. Remove label backing.
4. Adhere airbill to front of package.

Please DO NOT remove "FedEx Copy."