UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀Petitioner,⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀⠀No. 2:21-cv-00396-JPH-DLP
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
T.J. WATSON,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀Respondent.⠀⠀⠀)

## ORDER

⠀⠀⠀⠀This matter has come before the Court on motion of Alexander Kursman,

Assistant Federal Defender, seeking an order granting leave to appear *pro hac vice*

for the purpose of appearing as counsel on behalf of the Plaintiff, Billie Jerome

Allen, in the above-styled cause only, Dkt. [3]. Being fully advised, the Motion is

hereby **GRANTED**.

⠀⠀⠀⠀Applicant's contact information should be entered as follows:

Alexander Kursman
Assistant Federal Defender
Federal Community Defender Office
For Eastern District of Pennsylvania
601 Walnt Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Alex_Kursman@fd.org

⠀⠀⠀⠀Applicant shall register for electronic filing, as required by Local Rule 5-3,

within ten (10) days of the entry of this Order.

⠀⠀⠀⠀So ORDERED.

⠀⠀⠀⠀Date: 10/25/2021

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Doris L. Pryor
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀United States Magistrate Judge
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

To PHV applicant via U.S. Mail:

Alexander Kursman
Assistant Federal Defender
Federal Community Defender Office
For Eastern District of Pennsylvania
601 Walnt Street, Suite 545 West
Philadelphia, PA 19106