UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE JEROME ALLEN,                    )
                                        )
              Petitioner,               )
                                        )
        v.                              )        No. 2:21-cv-00396-JPH-DLP
                                        )
T.J. WATSON,                            )
                                        )
              Respondent.               )

**ORDER TO SHOW CAUSE**

The United States is **notified** of the filing of the petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2241 and of the supporting memorandum. This material has been scanned

into the Court's electronic docket. A copy of this Order to Show Cause shall be **distributed to** the

United States Attorney.

The respondent shall have **through January 31, 2022,** to answer the allegations of the habeas

petition, and in doing so shall **show cause** why the relief sought by the petitioner should not be granted.

The petitioner shall have **30 days after service of the answer** to reply.

Petitioner's motion for leave to proceed *in forma pauperis*, dkt. [2], is **GRANTED**.

**SO ORDERED.**

Date:    11/29/2021

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Caroline Anne Costantin
UNITED STATES ATTORNEY'S OFFICE
carrie.costantin@usdoj.gov

Alexander L. Kursman
Federal Community Defender Office
alex_kursman@fd.org