UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

APR 1 1997

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
                                )
v.                              ) No.
                                )
                                )  4:97CR00141ERW
NORRIS G. HOLDER and            )
BILLIE JEROME ALLEN,            )
                                )
        Defendants.             )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 17, 1997, in the City of St. Louis within the Eastern District of

Missouri,

NORRIS G. HOLDER
and
BILLIE JEROME ALLEN,

the Defendants herein, by force, violence, and intimidation did take from the person or presence

of another, a quantity of United States currency, belonging to, and in the care, custody, control,

management, and possession of the Lindell Bank & Trust Company, the deposits of which were

then insured by the Federal Deposit Insurance Corporation; and in committing such offense did

kill Richard Heflin.

In violation of 18 U.S.C. §§ 2, 2113(a) and (e).

EXHIBIT 1              82

## COUNT II

The Grand Jury further charges that:

On or about March 17, 1997, in the City of St. Louis within the Eastern District of Missouri,

NORRIS G. HOLDER
and
BILLIE JEROME ALLEN,

the Defendants herein, knowingly used and carried a firearm during and in relation to a crime of violence which may be prosecuted in a court of the United States, that is, bank robbery as alleged in Count I of this indictment and incorporated herein; and that in so doing

NORRIS G. HOLDER
and
BILLIE JEROME ALLEN,

the Defendants herein, committed murder as defined in 18 U.S.C. § 1111, that is, the unlawful killing of Richard Heflin with malice of forethought, such murder being willful, deliberate, malicious, premeditated, and committed in the perpetration of a robbery.

In violation of 18 U.S.C. §§ 2, 924(c)(1) and (j)(1).

A TRUE BILL.

_Constance J. Williams_
FOREPERSON

EDWARD L. DOWD, JR.
United States Attorney

_Joseph M. Landolt_
JOSEPH M. LANDOLT (#6484)
Assistant United States Attorney

83