**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **No. 2:21-cv-00396-JPH-DLP** |
| | ) | |
| T. J Watson, | ) | Capital Case |
| Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE SUPPLEMENTAL RESPONSE**

Petitioner, through counsel, respectfully requests a 30-day extension of time to file his reply to the response filed by Respondent on January 25, 2022. In support of this unopposed motion, Petitioner states:

1. On October 21, 2021 Mr. Allen filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1.

2. On November 29, 2021, the Court issued an order to show cause why the petition should not be granted, and ordered the government to respond by January 25, 2022. Dkt. Nos. 8, 9.

3. Mr. Allen's reply is due February 24, 2022. Dkt. No. 8 (ordering filing of reply due 30 days after service of the response).

4. Undersigned counsel requests a 30-day extension to file an adequate reply brief. Undersigned counsel is experiencing an unusually heavy case-load, including acting as co-lead counsel in a five-day trial challenging the constitutionality of Oklahoma's lethal injection

protocol that is scheduled to begin on February 28, 2022. *Glossip v. Chandler*, Case No. CIV 14-665-F (W.D. Okla. 2022).

5.      To ensure an adequate reply is filed on Mr. Allen's behalf, undersigned counsel requests an extension of 30-days to complete the reply.

6.      Counsel for Petitioner conferred with counsel for Respondent, Assistant United States Attorney Caroline Costantin, who indicated that Respondent does not oppose this extension request.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that the Court grant a 30-day extension, until March 26, 2022 to file a reply to Respondent's response.

Respectfully submitted,

/s/ Alex Kursman
Alex Kursman
Assistant Federal Defenders
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Alex_Kursman@fd.org

2

**Certificate of Service**

I, Alex Kursman, hereby certify that on this 22nd Day of February, 2022, I filed the foregoing motion via the Court's electronic filing system, which system will serve a copy of the motion upon government counsel:

Caroline Costantin
Special Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/Alex Kursman
Alex Kursman
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826