**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

Billie Jerome Allen, )
)
Petitioner, )
)
v. )     **No. 2:21-cv-00396-JPH-DLP**
)
T. J Watson, )     Capital Case
Warden, )
)
Respondent. )

**ORDER**

This matter having come before the Court on Petitioner's motion for extension of time,

and the Court having duly considered the motion, it is hereby ORDERED:

Petitioner's motion for extension of time to file his brief in response to the government's

supplemental brief is GRANTED.

Petitioner shall file his reply brief on or before March 26, 2022.

So ORDERED.

DATED: _____       _____

Hon. James Patrick Hanlon

Service will be made electronically on all ECF-registered counsel
of record via email generated by the court's ECF system.

**<u>Certificate of Service</u>**

I, Alex Kursman, hereby certify that on this 22nd day of February 2022, I filed the foregoing proposed order via the Court's electronic filing system, which system will serve a copy of the order upon government counsel:

Caroline Costantin
Special Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

<u>/s/Alex Kursman</u>
Alex Kursman
Assistant Federal Defender
Federal Community Defender Office
 for Eastern District of  Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826