UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE JEROME ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00396-JPH-DLP |
| | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Petitioner's motion for extension of time, dkt. [10], is **GRANTED**. The reply in support of

petition for writ of habeas corpus, dkt. [11], is deemed timely filed.

**SO ORDERED.**

Date:  4/19/2022

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Caroline Anne Costantin
UNITED STATES ATTORNEY'S OFFICE
carrie.costantin@usdoj.gov

Alexander L. Kursman
Federal Community Defender Office
alex_kursman@fd.org