**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

|  |  |  |
|---|---|---|
| Billie Jerome Allen, | ) | |
|  | ) | |
| Petitioner, | ) | |
|  | ) | |
| v. | ) | No. 2:21-cv-00396-JPH-DLP |
|  | ) | |
| T.J. Watson, | ) | Capital Case |
| Warden, | ) | |
|  | ) | |
| Respondent. | ) | |
|  | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Mr. Allen's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is pending before this Court and is awaiting decision.  In that Petition, Mr. Allen claims that his conviction and death sentence under 18 U.S.C. § 924(c) & (j) must be vacated because the predicate offense, federal bank robbery under § 2113(a) & (e), no longer qualifies under the force clause of § 924(c) after *Borden v. United States*, 141 S. Ct. 1817 (2021).  ECF No. 1.

In response, the Government argues that bank robbery under § 2113(a) & (e) remains a crime of violence under § 924(c)'s force clause because there is "no realistic probability" of the government prosecuting an individual for such crime if the "death was somehow only recklessly or negligently caused."  ECF No. 9 at 19.

1

Mr. Allen writes to advise this Court of a recent Supreme Court decision explicitly rejecting the Government's argument. In *United States v. Taylor*, 142 S. Ct. 2015 (2022), the Supreme Court rejected the "realistic probability" test and stated:

> To determine whether a federal felony qualifies as a crime of violence, § 924(c)(3)(A) doesn't ask whether the crime is *sometimes* or even *usually* associated with communicated threats of force (or, for that matter, with the actual or attempted use of force). It asks whether the government must prove, as an *element* of its case, the use, attempted use, or threatened use of force.

*Id.* at 2024.

Respectfully submitted,

/s/ Alex Kursman
Alex Kursman
Assistant Federal Defender
Federal Community Defender Office
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826
Alex_Kursman@fd.org

2

## **Certificate of Service**

I, Alex Kursman, hereby certify that on this 21st day of July, 2022, I filed the foregoing reply via the Court's electronic filing system, which will serve a copy of the motion upon government counsel:

Caroline Costantin
Special Assistant United States Attorney
10 West Market Street
Suite 2100
Indianapolis, IN 46204

/s/Alex Kursman
Alex Kursman
Assistant Federal Defender
Federal Community Defender Office
  for Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Fax: (215) 928-0826

3