# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

46 East Ohio Street, Room 105
Indianapolis, Indiana
46204

921 Ohio Street
Terre Haute, Indiana
47807

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

January 6, 2023

Re: ALLEN v. WATSON
Cause Number: 2:21−cv−00396−JPH−MKK

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 40−1(f), the above matter was reassigned from Judge Mark J. Dinsmore to Judge M. Kendra Klump on January 6, 2023. The cause number has been changed to reflect the newly assigned Judge. Please note that cause number **2:21−cv−00396−JPH−MKK** must be used on all future filings.

All case schedules and deadlines before the District Judge and Magistrate Judge remain unchanged at this time, including hearing, conference, and trial dates. In the event that any calendared dates must be vacated and reassigned, the parties will receive notice by separate order.

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By:  s/Carrie Jo Denny
Carrie Jo Denny, Deputy Clerk