UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

BILLIE J. ALLEN,
                    Petitioner

TO: HONORABLE JANE MAGNUS-STINSON
    U.S. COURTHOUSE
    921 Ohio Street
    Terre Haute, IN. 47807

FILED
09/22/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

9/17/23

2:21-cv-00396-JPH-MKK

MOTION FOR A PHONE CONFERENCE BETWEEN MYSELF;
PETITIONER; COUNSEL, AND THE COURT

I, Billie J. Allen, pro se, respectfully come before this Court with
a request, asking for this Court to hold a phone conference, at the Court's
earliest convience, between myself, counsel at the Capital Habeas Unit in
Philadelphia:

                    Chief of The Capital Habeas Unit:
                    Shawn Nolan
                    Capital Habeas Unit
                    Suite 545 West-The Curtis Building
                    601 Walnut Street
                    Philadelphia, PA. 19106
                    (phone: 215-928-0520)

and this Court.

    This request for a phone conference is one where this Court's aid,
assistance, guidance, and jurisdiction is needed, on a matter involving
"Attorney Client Privledge" content, and "Work-Product" issue. Where
this Court's guidance and knowledge is needed in order to move forward.
on an urgent and time sensitive matter.

Because this call will not involve any pending, nor future pending litigation, and it doesn't require the Government's aid nor assistance, I'd like to request that the phone conference be "Ex Parte", and without the Government being a party to the call. Where I believe that the Court will see that their presence isn't needed in this situation as well.

Because this involves a "time-sensitive issue", I plea for this Court to allow us a time and date at the Court's earliest convience.

Respectfully Submitted,

*Billie J. Allen* 9/17/23
Billie J. Allen
26901-044
P.O. BOX 33
Terre Haute, IN.
47808

1. It should be noted that counsel; Shawn Nolan, will be coming to visit me at the prison soon, and there may be a chance that the prison can set up the conference call on that day: Sept.29th. Because when the prison does set up conference calls, it usually has to patch counsel in, and with counsel already at the prison, we both can be on speaker phone at the same time, while addressing the Court.