Billie Allen

26901-044

P.O. Box 33

Terre Haute, IN.

47808

Legal Mail

INDIANAPOLIS IN 460

20 SEP 2023  20  3  L

Thinking

To: Clerk of the Court

C/o: Honorable Judge Jane Magnus-Stinson

U.S. Courthouse

921 Ohio Street

Terre Haute, IN. 47808

**FILED**

SEP 22 2023

**U.S. CLERK'S OFFICE**
47807-373899

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER