UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BILLIE J. ALLEN, | ) | |
| | ) | |
| Petitioner, | ) | **CAPITAL CASE** |
| | ) | |
| v. | ) | No.  2:21-cv-00396-JPH-MKK |
| | ) | |
| T.J. WATSON, | ) | |
| | ) | |
| Respondents. | ) | |

### GOVERNMENT'S SUBSTITUTION OF APPEARANCE

Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Jason S. Dunkel, Special Assistant United States Attorney for the Southern District of Indiana, hereby enter their appearance on behalf of the United States.  Jason S. Dunkel is substituting his appearance for Carrier Costantin, Special Assistant United States Attorney, who has recently retired.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

*/s/ Jason S. Dunkel*
JASON DUNKEL, #65886(MO)
Special Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
Jason.Dunkel@usdoj.gov
Telephone: (314) 539-2200
Fax: (314) 539-2309

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

All Attorneys of Record.

*/s/ Jason S. Dunkel*
JASON S. DUNKEL, #65886(MO)
Assistant United States Attorney