UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BILLIE JEROME ALLEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   No. 2:21-cv-00396-JPH-MKK |
| | ) |
| STEVEN KALLIS, | ) |
| | ) |
| | ) |
| Respondent. | ) |

**FINAL JUDGMENT**

The court now enters final judgment. The petition for a writ of habeas

corpus is **DISMISSED for lack of jurisdiction**.

Date: 1/29/2024

*James Patrick Hanlon*
_____
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Carina Weed*
_____
Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email